otherwise, motion granted, with ten dollars costs. Putnam, Blackmar, Kelly and Jaycox, JJ., concur; Mills, J., not voting.

GEORGE H. FRASER, Appellant, v. HORACE L. KENT, Respondent. (Decision by the Presiding Justice.)— Motion for resettlement of order denied, without costs.

GEORGE H. FRASER, Appellant, v. HORACE L. KENT, Respondent.— Motion denied, without costs. Putnam, Blackmar, Kelly and Jaycox, JJ., concur; Mills, J., not voting.

In the Matter of the Application of HARRY M. BUDDHA for Admission to the Bar. (From the State of Nebraska.) — Application granted. Present — Mills, Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of THOMAS FRANCIS FRAWLEY for Admission to the Bar. (From the State of Wisconsin.) — Application granted. Present — Mills, Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of Proving the Last Will and Testament of JULIA K. WILKINS, Formerly JULIA KRAUSS, Deceased.— Motion to dismiss appeal denied on condition that the appeal be perfected and case placed on the calendar for the May term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Putnam, Blackmar, Kelly and Jaycox, JJ., concur; Mills, J., not voting.

JAMES J. O'BRIEN, Respondent, v. FRANCIS A. WEISBECKER, Appellant.— Motion for stay of further proceedings under the execution granted on condition that the appeal be perfected and case brought on for argument on the first Monday of the May term; otherwise, motion denied, with ten dollars costs. Putnam, Blackmar, Kelly and Jaycox, JJ., concur; Mills, J., not voting.

TITLE GUARANTEE AND TRUST COMPANY, as Trustee, Respondent, v. JOSEPH HUBER, Individually and as Trustee, etc., and Others, Defendants.— Motion to consolidate appeals in one record granted, without costs, but the appeal from the judgment must be heard as an enumerated case. Putnam, Blackmar, Kelly and Jaycox, JJ., concur; Mills, J., not voting.

TOWN OF MAMARONECK and VILLAGE OF PELHAM, Appellants, v. NEW YORK INTERURBAN WATER COMPANY and Others, Respondents.— Motion to stay the signing of the contract denied. If the plaintiffs desire, they may enter an order staying all subsequent proceedings thereunder on condition that they be liable for damages, if any, not exceeding $15,000. Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

JOHN ATWELL, as Administrator, etc., of BESSIE ATWELL, Deceased, Respondent, v. JOHN J. WINKLER, JR., Appellant.— The sealed verdict for defendant is against the court's plain charge. To find defendant free from blame, the jury must have disregarded his own account of the way he ran the car from the Boulevard into Bay Sixty-second street, his rash run toward the shore ending in breakneck plunge through the barriers to the beach beneath. If the jury got the unfounded idea that one having a friendly gratuitous ride was not entitled to proper care, and had no remedy for such carelessness, they failed to heed what the court had plainly laid down for their guidance. The order setting aside this verdict is, therefore,